IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.199.12.36

**ISP:** Optimum Online
**Physical Location:** Parsippany, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/07/2016 20:18:17 | D71B8E2792D14BF99866266717FEA4017A6469C9 | The Ranch Hand |
| 06/20/2016 02:42:02 | 18219B62F2D04104C5575D6FCB831BA269613737 | Triple Blonde Fantasy |
| 06/14/2016 21:48:40 | B60E3C6F230C276C47C7AC42BFFFA24B2A3AA0BB | Chloe In Couture |
| 06/05/2016 17:42:49 | 2EF3972EA6A9C0A587898CC965BA248F80F3DF3B | Good Morning Melissa |
| 05/18/2016 18:04:57 | 1A44F938F9E34A86F83E4AD47EDB272E0B9AF2A3 | X-art Unauthorized Pack 1A44F93 |
| 05/18/2016 18:04:26 | DB1F1E0C5F0320999AA6AA05822814EFD648F339 | Deep in Love |
| 05/18/2016 18:00:31 | 7C71C0839833EF1FFD8D3AD7548AB5826EEC8A6E | Rollergirl |
| 05/05/2016 20:06:03 | 479546D3D9B48F3C75A25CFF9B3E1CF4AABCE59F | Rub Me The Right Way Too |
| 05/02/2016 16:19:06 | 544141EA23C02554A22A16EAFD8F09DA7728E987 | Fine Fingerfucking |
| 03/26/2016 22:07:23 | 167678AEC32DD37418003415FDFF97F53B63C2AB | Four Play |
| 03/26/2016 04:14:37 | AC3307D2D37E7B5023434EE0DF45485C0FB358D6 | Susie Forever |
| 03/20/2016 20:48:54 | 2AC96C21C21341823F035BA9536D6A654A195554 | Tropical Sexcapades |
| 03/15/2016 20:34:22 | 2814ECB6F00F6AB4C47B17B1FBEE2F3C33B98DB8 | Tantalizing Fox |
| 03/06/2016 03:41:10 | 5134FEB44AB1354AC9B5C44164FAD2AC26C0B248 | Twice as Nice |
| 02/26/2016 22:34:05 | 44EDC9FCC92975700DA5F929B827A5BEE2277CEB | Two Cocks In Karla |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

CNJ589